

# Fourth Court of Appeals
## San Antonio, Texas
### JUDGMENT

No. 04-14-00253-CV

**IN THE INTEREST OF M.M.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00921
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED July 2, 2014.

_____
Catherine Stone, Chief Justice